# Cofer *v.* Wilhoyte, *et al.*

*Injunction.*

(Decided April 3, 1906. 40 So. Rep. 340.)

APPEAL from Cullman Chancery Court.
Heard before Hon. W. H. SIMPSON.
J. A. W. SMITH, for appellant.
BROWN & HIPP, for appellee.
Appeal dismissed.
Opinion by ANDERSON, J.

HARALSON, DOWDELL, SIMPSON and DENSON, JJ., concur.

---

# Moss *v.* The State.

*Larceny.*

(Decided Feb. 17, 1906. 40 So. Rep. 340.)

APPEAL from Anniston City Court.
Heard before Hon. THOMAS W. COLEMAN, JR.
TATE & WALKER, for appellant.
MASSEY WILSON, Attornel General, for the State.
Affirmed.
Opinion by SIMPSON, J.

HARALSON, DOWDELL, SIMPSON and DENSON, JJ., concur.

---

# Miller *v.* The State.

*Assault with Intent to Murder.*

(Decided Feb. 17, 1906. 40 So. Rep. 343.)

APPEAL from Gadsden City Court.
Heard before Hon. JOHN H. DISQUE.
MOTLEY & DOUGLAS, for appellant.
MASSEY WILSON, Attornel General, for the State.
Reversed and remanded.
Opinion by SIMPSON, J.

HARALSON, DOWDELL, ANDERSON and DENSON, JJ., concur.